ACCEPTED
05-14-01374-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 10:31:45 AM
LISA MATZ
CLERK

## 05-14-01374-CR

| | | |
|---|---|---|
| Gaylon Lavon Davis | § | In the Court of Appeals |
| v. | § | for the Fifth District |
| The State of Texas | § | of Texas at Dallas |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/24/2015 10:31:45 AM
LISA MATZ
Clerk

---

### STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

The State of Texas, by and through the Criminal District Attorney of Dallas County, respectfully requests that the Court extend the time for filing the State's brief. In support of this motion, the State shows the following:

1.

A grand jury indicted Appellant for family violence assault enhanced with a previous family violence assault conviction. (RR6: 3; CR: 11). The indictment included an enhancement allegation that Appellant had a previous conviction for aggravated assault. (RR6: 6; CR: 11). Appellant pleaded not guilty and a jury trial commenced on August 19, 2014. (RR3: 6; CR: 88, 99).

On August 22, 2014, the jury returned its verdict. (RR6: 4-5). Appellant, however, did not appear for the reading of the verdict when summoned by his trial counsel. (RR6: 4-5). In Appellant's absence, the trial court read the jury's verdict of guilty in open court and proceeded with the punishment phase of

trial. (RR6: 6; Supp. CR: 4). Appellant's counsel entered a plea of not true to the aggravated assault enhancement allegation on Appellant's behalf. (RR6: 6).

At the conclusion of the punishment hearing, the trial court assessed Appellant's punishment at 20 years' imprisonment in the Institutional Division of the Texas Department of Criminal Justice. (RR6; 15; CR: 88; Supp. CR: 4). Over a month later, Appellant was returned to custody and the trial court pronounced sentence in his presence in open court on September 30, 2014. (RR7: 4; Supp. CR: 4). Appellant filed a timely notice of appeal. (CR: 62).

2.

Appellant filed his brief on July 21, 2015. The undersigned counsel was assigned to this appeal on July 24, 2015. The State's brief was due on first extension of time on September 19, 2015. This is the State's second request for an extension of time and the State files its brief with this motion. This case has not yet been set for submission.

3.

Counsel is a part-time Assistant District Attorney who works only two or three days per week. Since being assigned to this case, counsel filed responses to the appellants' briefs in the following cases:

- *Lewis v. State*, appellate cause number 05-14-01436-CR, on September 8, 2015;

- *Morales v. State*, appellate cause number 05-14-01466-CR, on September 9, 2015; and

- *Butler v. State*, appellate cause number 05-14-01484-CR, on September 21, 2015.

The following cases on counsel's docket also require responses:

- *Williams v. State*, appellate cause numbers 05-15-00084-CR and 05-15-00085-CR, which are due on first extension on October 5, 2015;

- *Shortt v. State,* PD-0597-15, petition granted on September 16, 2015, with an anticipated State's brief filing due date of November 15, 2015; and

- *Hopkins v. State*, PD-0794-15, petition granted on September 16, 2015, with an anticipated State's brief filing due date of November 15, 2015.

In addition, on the days she works, counsel edits appellate briefs for other Assistant District Attorneys and performs other duties required of her job such as trial support. Finally, counsel was out of the office from July 31 to August 12, 2015.

For all the foregoing reasons, counsel respectfully asks the Court to extend the deadline for filing the State's brief until September 24, 2015.

Respectfully submitted,

  /s/ Marisa Elmore
Marisa Elmore (SBN 24037304)
Assistant District Attorney
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas  75207-4399
214-653-3625
214-653-3643 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on Kathleen A. Walsh, Assistant Public Defender and counsel for Appellant, by electronic communication through eFileTexas.gov at Kathleen.Walsh@dallascounty.org, on September 24, 2015.

  /s/ Marisa Elmore
Marisa Elmore